AO 257 (Rev. 6/78)

**E-filing**

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**

21 USC Sections 841(a)(1) and (b)(1)(B)iii - Possession With Intent To Distribute Cocaine Base;
18 USC Sections 922(g)(1) - Felon in Possession of a Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Counts 1 and 2: 10 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment each count.

---

**DEFENDANT - U.S.**

▶ DAVID C. SHIVERS

**DISTRICT COURT NUMBER**
CR 07-00346

FILED
MAY 31 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
4-07-70189wdb

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) DEREK BUTTS, SAUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges   ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution
CONTRA COSTA COUNTY JAIL

Has detainer been filed?  ☐ Yes  ☑ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year 3/11/2007

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: OAKLAND

**E-filing**

UNITED STATES OF AMERICA,

V.

DAVID C. SHIVERS,

CR07-00346

DEFENDANT.

## INDICTMENT

VIOLATIONS: 21 U.S.C. Section 841(a)(1) and (b)(1)(B)iii- Possession with Intent to Distribute Cocaine ;
18 U.S.C. Section 922(g)(1) - Felon in Possession of a Firearm and Ammunition

---

A true bill.

_____ Foreman

Filed in open court this __31st__ day of __May, 2007__

_____ Clerk

Bail, $ _No bail arrest warrant._

_Wayne D. Brazil_   5-31-07

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-filing

FILED

2007 MAY 31 PM 12: 36

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION     CR07-00346

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Possession With Intent To Distribute Cocaine Base; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm |
| v. | |
| DAVID C. SHIVERS, | |
| Defendant. | OAKLAND VENUE |

# INDICTMENT

The Grand Jury charges:

COUNT ONE:     (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii) -- Possession With Intent To Distribute Cocaine Base)

On or about March 11, 2007, in the Northern District of California, the defendant,

DAVID C. SHIVERS,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, at least 5 grams of a mixture and substance containing cocaine base (in the form of "crack" cocaine), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

INDICTMENT

1  COUNT TWO:   (18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition)

2  On or about March 11, 2007, in the Northern District of California, the defendant,

3  DAVID C. SHIVERS,

4  having previously been convicted of a felony crime punishable by a term of imprisonment

5  exceeding one year, did knowingly possess a firearm, described as a Smith & Wesson, Model

6  5903, 9 mm pistol, serial number TEU8705, in and affecting commerce, and did knowingly

7  possess ammunition, described as eight rounds of Federal Cartridge ammunition, in and affecting

8  commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

9  //

10  DATED:   May 31, 2007                    A TRUE BILL.

11

12                                                                    /s/ FOREPERSON

13  SCOTT N. SCHOOLS
    United States Attorney

14

15

16  DOUGLAS SPRAGUE
    Chief, Oakland Branch

17

18  (Approved as to form: _____)
                              SAUSA BUTTS

19

INDICTMENT