**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

June 5, 2007

VIA FACSIMILE (510) 637-3545
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612
attn: Frances Stone

**United States v. David Shivers, CR 07-00346 SBA (WDB)**
**RE: Request to calendar case on 6/6/07 for id of counsel & status re detention hrg**

Dear Frances:

    This will confirm my request that the above-referenced matter be placed on Judge Brazil's calendar on Wednesday, June 6, 2007, at 10:00 a.m. for identification of counsel and status regarding a detention hearing.  Mr. Shivers apparently appeared today before a magistrate in San Francisco and the matter was placed on Judge Brazil's calendar for Friday, June 8, 2007, for a detention hearing.  I was on duty today but was not present in San Francisco.  Therefore, I did not have the opportunity to speak with Mr. Shivers or be present for him to be interviewed by a pretrial services officer.  If Mr. Shivers is added to Judge Brazil's calendar for tomorrow, June 6, 2007, I am hopeful that I can speak with Mr. Shivers prior to court.  I can then schedule an interview for Mr. Shivers with a pretrial services officer for after court so that I can present.  I also may have a better sense as to the timing of the detention hearing and can report that to the Court as well.

    I appreciate your adding this to the calendar.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender
    /S/

JOYCE LEAVITT
Assistant Federal Public Defender

cc:    Derek Butts, SAUSA
       Silvio Lugo, US Pretrial Services