**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 6/26/07

CR 07-00346SBA    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**SHIVERS**                      Present (X) Not Present ( ) In Custody ( )
   **DEFENDANT(S)**

<u>DEREK BUTZ</u>                  <u>JOYCE LEAVITT</u>
U.S. ATTORNEY                 ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark      <u>DIANE SKILLMAN</u>
                                      Court Reporter

Interpreter                      Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:   COURT FIND EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 7/24/07**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to   7/24/07   for <u>Further Status</u>/Trial Setting/ <u>Motion Setting</u>/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: _____ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: