BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant SHIVERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00346 SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER MODIFYING CONDITIONS |
| ) | OF PRETRIAL RELEASE |
| DAVID SHIVERS, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for David Shivers may be modified to allow Mr. Shivers to leave the half-way house on Saturday, July 7, 2007, at 1:00 p.m. and return to the half-way house on July 7, 2007, at 7:00 p.m., with the prior approval of pretrial services, so that he can spend the afternoon at the residence of his significant other, Machita Williams, 6309 Baker Street, Apartment No. 1, Oakland, California, to celebrate the 11th birthday of his son, Otis. The family is celebrating Otis' birthday with a family birthday party/barbeque. United States Pretrial Services Officer Victoria Gibson has been notified and has no objection to this request.

*U.S. v. David Shivers*, CR 07-000346 SBA
Travel Order                                           - 1 -

1  DATED:    July 6, 2007        _____
                                  JOYCE LEAVITT    /S/
2                                 Assistant Federal Public Defender

3

4  DATED:    July 6, 2007        _____
                                  DEREK BUTTS    /S/
5                                 Special Assistant United States Attorney

6

7                      SIGNATURE ATTESTATION
   I hereby attest that I have on file all holograph signatures indicated by a "conformed"
8  signature ("/S/") within this efiled document.

9

10

## ORDER

11

12    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial

13 release for David Shivers may be modified to allow Mr. Shivers to leave the half-way house on

14 Saturday, July 7, 2007, at 1:00 p.m. and return to the half-way house on July 7, 2007, at 7:00 p.m.,

15 with the prior approval of pretrial services, so that he can spend the afternoon at the residence of his

16 significant other, Machita Williams, 6309 Baker Street, Apartment No. 1, Oakland, California, to

17

18 celebrate the 11th birthday of his son, Otis.

19 All other conditions of release shall remain the same.

20    SO ORDERED.

21

22 DATED:                         _____
                                  WAYNE D. BRAZIL
23                                United States Magistrate Judge

24

25

26

*U.S. v. David Shivers*, CR 07-000346 SBA
Travel Order                            - 2 -