1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant SHIVERS
5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )  No. CR 07-00346 SBA
12                Plaintiff,        )
                                    )  STIPULATION AND ORDER
13       v.                         )  MODIFYING CONDITIONS OF
                                    )  PRETRIAL RELEASE
14 DAVID SHIVERS,                   )
                                    )
15                                  )
                                    )
16                Defendant.        )

17

18      IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of

19 pretrial release for David Shivers may be modified to allow Mr. Shivers to leave the half-way house

20 on Saturday, July 7, 2007, at 1:00 p.m. and return to the half-way house on July 7, 2007, at 7:00

21 p.m., with the prior approval of pretrial services, so that he can spend the afternoon at the residence

22 of his significant other, Machita Williams, 6309 Baker Street, Apartment No. 1, Oakland, California,

23

24 to celebrate the 11th birthday of his son, Otis.  The family is celebrating Otis' birthday with a family

25 birthday party/barbeque.  United States Pretrial Services Officer Victoria Gibson has been notified

26 and has no objection to this request.

*U.S. v. David Shivers*, CR 07-000346 SBA
Travel Order                                      - 1 -

DATED:    July 6, 2007

_____
JOYCE LEAVITT    /S/
Assistant Federal Public Defender

DATED:    July 6, 2007

_____
DEREK BUTTS    /S/
Special Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for David Shivers may be modified to allow Mr. Shivers to leave the half-way house on Saturday, July 7, 2007, at 1:00 p.m. and return to the half-way house on July 7, 2007, at 7:00 p.m., with the prior approval of pretrial services, so that he can spend the afternoon at the residence of his significant other, Machita Williams, 6309 Baker Street, Apartment No. 1, Oakland, California, to celebrate the 11th birthday of his son, Otis.

All other conditions of release shall remain the same.

SO ORDERED.

DATED: July 6, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge