1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant SHIVERS
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )
                                        )  No. CR 07-00346 SBA
12              Plaintiff,              )
                                        )  STIPULATION AND ORDER
13         v.                           )  MODIFYING CONDITIONS OF
                                        )  PRETRIAL RELEASE
14 DAVID SHIVERS,                       )
                                        )
15                                      )
                                        )
16              Defendant.              )

17

18     IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of

19 pretrial release for David Shivers may be modified to allow Mr. Shivers to leave the half-way house

20 on Friday, July 13, 2007, at 8:30 a.m. and return to the half-way house on July 13, 2007, no later

21 than 5:30 p.m., with the prior approval of pretrial services, so that he can attend the funeral of his

22 uncle, David O'Brien, who died last week. The funeral will be held at Acts Gospel Church, located

23

24 1034 66th Avenue, Oakland, California, at 11:00 a.m. followed by a procession to the cemetery

25 located at 4100 Hilltop Drive in Richmond, California. United States Pretrial Services Officer

26 Victoria Gibson has been notified and has no objection to this request.

*U.S. v. David Shivers*, CR 07-000346 SBA
Travel Order                              - 1 -

1 DATED: July 12, 2007  _____
2                                              JOYCE LEAVITT        /S/
                                              Assistant Federal Public Defender
3
   DATED: July 12, 2007  _____
4                                              DEREK BUTTS          /S/
                                              Special Assistant United States Attorney
5

6                              SIGNATURE ATTESTATION
7    I hereby attest that I have on file all holograph signatures indicated by a "conformed"
   signature ("/S/") within this efiled document.
8

9
                                          **ORDER**
10

11    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial

12 release for David Shivers may be modified to allow Mr. Shivers to leave the half-way house on

13 Friday, July 13, 2007, at 8:30 a.m. and return to the half-way house on July 13, 2007, no later than

14 5:30 p.m., with the prior approval of pretrial services, so that he can attend the funeral of his uncle

15 who died last week. The funeral will be held at Acts Gospel Church, located 1034 66th Avenue,

16 Oakland, California, at 11:00 a.m. followed by a procession to the cemetery located at 4100 Hilltop

17
   Drive in Richmond, California.
18
    All other conditions of release shall remain the same.
19
    SO ORDERED.
20

21
   DATED: July 12, 2007    _____
22                                              WAYNE D. BRAZIL
23                                              United States Magistrate Judge

24

25

26

*U.S. v. David Shivers*, CR 07-000346 SBA
Travel Order                         - 2 -