UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 7/24/07

CR 07-00346SBA                           JUDGE: **SAUNDRA BROWN ARMSTRONG**

**SHIVERS**                              Present (X) Not Present ( ) In Custody ( )
    DEFENDANT(S)

**DEREK BUTTS**                          **JOYCE LEAVITT**
U.S. ATTORNEY                            ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark              **RAYNEE MERCADO**
                                         Court Reporter

 Interpreter                            Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL AND CONTINUITY OF DEFENSE COUNSEL UNTIL 9/4/07**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to_____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
Case Continued to_____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to_____ for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
Case Continued to **9/4/07** for Change of Plea @ 11:00 a.m.
cc: