1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant SHIVERS
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )
                                     )  No. CR 07-00346 SBA
12              Plaintiff,           )
                                     )  STIPULATION AND [PROPOSED]
13      v.                           )  ORDER MODIFYING CONDITIONS
                                     )  OF PRETRIAL RELEASE
14 DAVID SHIVERS,                    )
                                     )
15                                   )
                                     )
16              Defendant.           )

17

18

19     IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of

20 pretrial release for David Shivers may be modified to allow Mr. Shivers to travel to Richmond,

21 California at the direction of United States Pretrial Services Officer Victoria Gibson in order to clear

22 a traffic citation which he received and which remains outstanding.  United States Pretrial Services

23 Officer Victoria Gibson has been notified and has no objection to this request.  All other conditions

24 of release shall remain the same.

25

26

*U.S. v. David Shivers*, CR 07-000346 SBA
Travel Order                          - 1 -

DATED: _____ /S/
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: _____ /S/
DEREK BUTTS
Special Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for David Shivers may be modified to allow Mr. Shivers to travel to Richmond, California, at the direction of United States Pretrial Services Officer Victoria Gibson in order to clear a traffic citation which he received and which remains outstanding. All other conditions of release shall remain the same.

SO ORDERED.

DATED: _____
WAYNE D. BRAZIL
United States Magistrate Judge