1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant SHIVERS
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )
                                        )  No. CR 07-00346 SBA
12                Plaintiff,            )
                                        )  STIPULATION AND ORDER
13       v.                             )  MODIFYING CONDITIONS OF
                                        )  PRETRIAL RELEASE
14 DAVID SHIVERS,                       )
                                        )
15                                      )
                                        )
16                Defendant.            )

17

18
        IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of
19
   pretrial release for David Shivers may be modified to allow Mr. Shivers to travel to Richmond,
20
   California at the direction of United States Pretrial Services Officer Victoria Gibson in order to clear
21
   a traffic citation which he received and which remains outstanding. United States Pretrial Services
22
   Officer Victoria Gibson has been notified and has no objection to this request. All other conditions
23
   of release shall remain the same.
24

25

26

   *U.S. v. David Shivers*, CR 07-000346 SBA
   Travel Order                                          - 1 -

| | |
|---|---|
| DATED: | /S/ _____ <br> JOYCE LEAVITT <br> Assistant Federal Public Defender |
| DATED: | /S/ _____ <br> DEREK BUTTS <br> Special Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for David Shivers may be modified to allow Mr. Shivers to travel to Richmond, California, at the direction of United States Pretrial Services Officer Victoria Gibson in order to clear a traffic citation which he received and which remains outstanding. All other conditions of release shall remain the same.

SO ORDERED.

DATED: August 30, 2007

*[signature: Wayne D. Brazil]*
WAYNE D. BRAZIL
United States Magistrate Judge

*U.S. v. David Shivers*, CR 07-000346 SBA
Travel Order                       - 2 -