# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

August 31, 2007

Honorable Saundra Brown Armstrong
United States District Court Judge
1301 Clay Street, Courtroom No. 3
Oakland, CA 94612
attn: Lisa Clark

**United States v. David Shivers  CR 07-00346 SBA**
**RE: Changing 9/4/07 court appearance to a status hearing**

Dear Judge Armstrong:

   The above-referenced case is currently on Your Honor's calendar for September 4, 2007, at 11:00 a.m. for change of plea. The parties are not prepared to proceed with a change of plea on Tuesday, September 4, 2007, but do anticipate that the case will resolve in a change of plea imminently. Accordingly, I am asking that matter be taken off the 11:00 a.m. calendar and placed on the 9:00 a.m. calendar for status.

   I have spoken to Special Assistant United States Attorney Derek Butts who does not object to the case being called at 9:00 a.m.

   Thank you.

                              Sincerely,

                              BARRY J. PORTMAN
                              Federal Public Defender

                                   /S/
                              JOYCE LEAVITT
                              Assistant Federal Public Defender


cc:    Derek Butts, SAUSA