UNITED STATES DISRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 0 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CASE NUMBER CR-07-346    SBA
DEFENDANT'S NAME David Shivers
DEFENDANT'S COUNSEL Joyce Leavitt
DUE DATE 12/11/07 @ 10:00 AM

----------------------------------NOTICE TO DEFENSE COUNSEL----------------------------------

The Court has directed that a:

_X_     Pre-Plea Presentence Investigation
___     Presentence Investigation
___     Bail supervision
___     Postsentence Investigation
___     4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the *Probation Office, Room 220S, 2nd Floor* before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

by: [signature]
Lisa R. Clark, Deputy Clerk
Dated:

U.S. Probation Office
Is Defendant in custody ? yes or no
Is Defendant English speaking? yes or no [*Interperter*:_____]
Defendant's address: _____