**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 9/4/07

CR 07-346SBA                                     JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**SHIVERS**                                      Present (X) Not Present () In Custody ()
    **DEFENDANT(S)**

<u>DEREK BUTTS</u>                                <u>JOYCE LEAVITT</u>
U.S. ATTORNEY                                    ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                      <u>RAYNEE MERCADO</u>
                                                 Court Reporter

  Interpreter                           Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** <u>STATUS - HELD</u>
**RESULT OF HEARING:** <u>COURT REFERS CASE TO PROBATION FOR A PRE-PLEA REPORT; COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 10/2/07; COURT SETS MATTER FOR CHANGE OF PLEA AND JUDGMENT AND SENTENCING</u>

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** <u>10/2/07</u> **for** <u>Further Status</u>/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
**Case Continued to**_____ @ 11:00 a.m. for_____
**Brief Sched. Motion papers by**_____ **Opposition by**_____ **Reply by**_____
**Case Continued to**_____ **for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____ **Motions in limine/objections to evidence due**_____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____ **for Trial(Court/Jury:**___ **Days/weeks) at 8:30 a.m.**
**Case Continued to** <u>12/11/07</u> **for Judgment & Sentencing as to Count(s)**_____ **of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to** <u>12/11/07</u> **for Change of Plea @ 10:00 a.m.**
**cc:**