**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

July 20, 2007

VIA FACSIMILE (510) 637-3545
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612
attn: Ivy Garcia

**United States v. David Shivers, CR 07-00346 SBA (WDB)**
**RE: Request to calendar case for 9/19/07 for requested modification to terms of release**

Dear Judge Brazil :

    I am asking that this case be calendared on Wednesday, September 19, 2007, at 10:00 a.m. to ask that Mr. Shivers' conditions of release be modified to allow him to leave the half-way house and live at the residence of his significant other, Machita Williams, 6309 Baker Street, Apartment No. 1, Oakland, California, and their four children. Mr. Shivers has been in the half-way house since June 8, 2007. He has been leaving the half-way house to work and has had no violations or other problems since he was released there over three months ago.

    United States Pretrial Services Officer Victoria Gibson has been notified of the request but I am unaware as to whether she objects to this request. SAUSA Derek Butts also has been notified and is available should the Court calendar the matter for Wednesday, September 19, 2007. SAUSA Butts objects to the request.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender
/S/

JOYCE LEAVITT
Assistant Federal Public Defender

cc:    Derek Butts, SAUSA (fax no. (510) 620-6809)
        Victoria Gibson, US Pretrial Services