1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant SHIVERS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   No. CR-07-00346 SBA
                                     )
12              Plaintiff,           )   LETTERS FROM SURETIES
                                     )   RE: MODIFICATION OF
13 vs.                               )   RELEASE CONDITIONS
                                     )
14 DAVID SHIVERS,                    )
                                     )
15              Defendant.           )
   _____)
16

17     Submitted herewith are letters from Von Morris and Gwendolyn York, (sureties for David

18 Shivers), in support of defendant's request for modification of his release conditions.

19

20 Dated: September 19, 2007

21                                       Respectfully submitted,

22                                       BARRY J. PORTMAN
                                         Federal Public Defender
23
                                         /s/ Joyce Leavitt
24
                                         JOYCE LEAVITT
25                                       Assistant Federal Public Defender

26

U.S. v. SHIVERS
CR 07-00346 SBA

September 19, 2007

Judge Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street, Crtrm 4
Oakland, CA 94612

      *United States v. David Shivers,* CR 07-00346 SBA
      RE: Willingness to Remain on the Bond

Dear Judge Brazil:

    My name is Von Morris. I am David Shivers' cousin. I signed as a surety on Mr. Shivers' bond. I have been told by Mr. Shivers' attorney, Joyce Leavitt, that the Court is considering changing Mr. Shivers' conditions of release so that he can live with Machita Williams and the kids, rather than living at the half-way house. I have been told that if Mr. Shivers is not staying at the half-way house, there is a greater risk that he could make mistakes or violate the terms of his bond and I would still be responsible. I understand this risk. I have confidence that David Shivers will abide by his conditions of release. If the Court allows Mr. Shivers to live with Machita I am willing to remain on the bond.

      Sincerely,

      Von Morris

*/s/ Von Morris*
9-19-07

September 19, 2007

Judge Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street, Crtrm 4
Oakland, CA 94612

       *United States v. David Shivers,* CR 07-00346 SBA
       RE: Willingness to Remain on the Bond

Dear Judge Brazil:

    My name is Gwendolyn York. I am Machita William's sister. I signed as a surety on David Shivers' bond. I have been told by Mr. Shivers' attorney, Joyce Leavitt, that the Court is considering changing Mr. Shivers' conditions of release so that he can live with Machita Williams and the kids, rather than living at the half-way house. I have been told that if Mr. Shivers is not staying at the half-way house, there is a greater risk that he could make mistakes or violate the terms of his bond and I would still be responsible. I understand this risk. I have confidence that David Shivers will abide by his conditions of release. If the Court allows Mr. Shivers to live with Machita I am willing to remain on the bond.

        Sincerely,

        Gwendolyn York