**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 10/2/07

CR 07-00346SBA    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**SHIVERS**    Present (X) Not Present ( ) In Custody ( )
     **DEFENDANT(S)**

<u>DERECK BUTZ</u>    <u>JOYCE LEAVITT</u>
U.S. ATTORNEY    ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark    <u>STARR WILSON</u>
                     Court Reporter

Interpreter    Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:** <u>STATUS - HELD</u>

**RESULT OF HEARING:** <u>COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 10/23/07</u>

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to <u>10/23/07</u> for <u>Further Status</u>/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: