**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 10/23/07

CR 07-00346SBA                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**SHIVERS**                        Present (X) Not Present ( ) In Custody ( )
    **DEFENDANT(S)**

<u>**DEREK BUTTS**</u>                        <u>JOYCE LEAVITT</u>
**U.S. ATTORNEY**                  **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk: Lisa R. Clark**         <u>STARR WILSON</u>
                                        **Court Reporter**

 Interpreter                            Probation Officer
**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING: MATTER CONTINUED FOR STATUS OR CHANGE OF PLEA AT 10:30 AM**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to** <u>10/30/07</u> **for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due_____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to** <u>10/30/07</u> **for Change of Plea @ 11:00 a.m.**
**cc:**