**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

**Date:10/30/07**

**CR 07-00346SBA**                         **JUDGE: SAUNDRA BROWN ARMSTRONG**

**SHIVERS**                              **Present (X) Not Present ( ) In Custody ( )**
    **DEFENDANT(S)**

**DEREK BUTTS**                          **JOYCE LEAVITT**
**U.S. ATTORNEY**                        **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**         **STARR WILSON**
                                 **Court Reporter**

**Interpreter**                          **Probation Officer**
**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:  PARTIES SUBMITTED AN 11C1C AGREEMENT FOR THE COURT'S CONSIDERATION; COURT FINDS EXCLUDABLE TIME BASED ON THE COURT TAKING THE PLEA AGREEMENT UNDER CONSIDERATION UNTIL 1/15/08**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to_____for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_1/15/08_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_1/15/08_____for Change of Plea @ 10:00 a.m.**
**cc:**