**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date:1/15/08

CR 07-00346SBA                                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>


**SHIVERS**                                      Present (X) Not Present ( ) In Custody ( )
      **DEFENDANT(S)**


 <u>DEREK BUTTS</u>                                  <u>  JOYCE LEAVITT                </u>
**U.S. ATTORNEY**                               **ATTORNEY FOR DEFENDANT(S)**


**Deputy Clerk:  Lisa R. Clark**                <u>  RAYNEE MERCADO            </u>
                                                **Court Reporter**


<u>                              </u>              <u>  CHRISTINA CARRUBA          </u>
 **Interpreter**                                 **Probation Officer**
                               **PROCEEDINGS**

**REASON FOR HEARING:  CHANGE OF PLEA - NOT HELD; JUDGMENT & SENTENCING - NOT HELD**
**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON COURT'S CONSIDERATION OF THE PLEA AGREEMENT UNTIL 1/29/08**


                                    **JUDGMENT:**


                                **PROCEEDINGS**

**Case Continued to**<u>         </u>**for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to**<u>             </u>**@ 9:00 a.m. for**<u>                </u>**Motions**
**Brief Sched. Motion papers by**<u>        </u>**Opposition by**<u>           </u>**Reply by**<u>    </u>
**Case Continued to**<u>            </u>**for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**<u>      </u>**Motions in limine/objections to evidence due** <u>         </u>
**Responses to motions in limine and/or responses to objections to evidence due**<u>         </u>
**Case Continued to**<u>       </u>**for Trial(Court/Jury:**<u>   </u>**Days/weeks) at 8:30 a.m.**
**Case Continued to**<u> 1/29/08           </u>**for Judgment & Sentencing as to Count(s)** <u>      </u>**of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to**<u>   1/29/08          </u>**for Change of Plea @ 10:00 a.m.**
**cc:**