# Exhibit A

U.S. v. David C. Shivers
CR 07-00346 SBA

To Whom it my Concern,
I would just like to let you know that I know what I did was wrong and that I hurt alot of people. I would like to say thank you for alowing me to spend this time with my family and it let me see how much I have hurt them.

I know that if I was in the same spot, that I have alot of people whom I can talk too. I know that I will do my best to stay positive and live a good life.

Thank you
Mr. David Strums

# Exhibit B

U.S. v. David C. Shivers
CR 07-00346 SBA

**Sanctuary Of Salvation Ministries**
8155 Caymus Drive Elk Grove, Ca. 95829
(916) 710-4313, Onlywhatyoudo4christ@msn.com
Clergy# 694046ca

**RE: David Shivers**

To Whom It May Concern,

Over the last year I have been in the company of Mr. David Shivers, monitoring and working closely with him as his spiritual advisor. I can vouch for his "change of direction", with a firm focus on developing better social behavior and his abstinence from both drugs and alcohol has helped him because a better citizen. Mr. Shivers has, like most experience horrifying atrocities in his early child hood. Losing his mother while incarcerated and two of his brothers within the same time frame had a devastating impact on his growth and affected his ability to acclimate to society.

As a child he grew up in an unforgiving environment of drugs and violence. He tailored to life in the "fast-lane" with simple human adaptation. He was a product of his environment. Forced to feed his family as a teenager he had already mastered the art of criminal behavior. With no positive influence, being driven to the street like most young men he did what was needed to survive, not by character but by instinct. He was never taught how to appreciate success. Surrounded by poverty and failure around him, this reality of life was without mercy cast onto his shoulder.

During my tenure with him he has displayed the ability to lead a law biding life. He is tired of being on the wrong side of the law. He is a better father and husband with ambitions to work and lead a manageable life with success and achievement. David is the only anchor that his immediate family has for support. His eldest sister Tia Howard has a terminal illness. He recently lost another relative on Jan. 13. 2008. At this time in David's life, he has learned balance and focus.

In reference to the crimes in question. David does have remorse. He does not have remorse because of the consequence, but rather due to his realization that life is important. David does NOT agree with breaking the law. Effective justice INCLUDES restoration for both the accused and the victim. It is my recommendation to the court that David Shivers is allowed to remain on court/community based supervised sanctions until a future date. Also, if prison term is deemed mandatory, that he will be allowed to remain within the state, close to his family. During this time, he is willing to adhere to all of the jurisdictions of the courts/probation and agree to all terms and conditions.

By faith in the Lord Jesus Christ, I pray that my plea reach the hands of the magistrate in charge. Please consider the information enclosed in this memo.

Sincerely,
Desmond Meridian,
Minister/Counselor

# Exhibit C

<u>U.S. v. David C. Shivers</u>
CR 07-00346 SBA

17 January, 2008

To Whom It May Concern:

I, Cynthia Warden (Family Friend), am writing on behalf of Mr. David Shivers. I would like for the Courts to know that for the length of time (several years) I have know Mr. D. Shivers, he has not been in any adverse situations until now. He has been a most "<u>respectable, courteous</u> and <u>polite</u>" person. He has shown to be a devoted person to his "Wife and Children", incorporating the teachings to his children and other youths to be "<u>respectful</u>" and "<u>polite</u>" to others. Mr. D. Shivers also takes the time to spend the "<u>quality</u>" time, going over homework, exercise, movies and so forth which is needed during these trying times. Teaching them and directing them in the right direction. I have known him only to be a kind and giving person, never turning anyone away that might/would need his assistance. It is my feeling that the extensive time would be a hinder for his family due to his "<u>positive guidance</u>" and their young age(s).

I trust that the Courts will take in consideration of the "Positive works" Mr. D. Shivers has portrayed within his Family Structure and extended to "other" youths" his Family comes in contact with.

Thanking you in advance,

*Cynthia Warden* (signature)
Cynthia Warden
P.O. Box 3302
Vallejo, Ca 94590

# Exhibit D

<u>U.S. v. David C. Shivers</u>
CR 07-00346 SBA

Joyce Leavitt
Federal Public Defender - Oakland
555 12th Street, Suite 750
Oakland, CA 94607

## Internal Summary

FSD Case Number: 20070417
Report Date: 09-25-07
Client Number: 10046
Agency Case #: CR 070346 SBA

**Case Name:** US v David Shivers
**Type of Case:** Controlled Substances

### Evidence Submitted/Indicated Source:

| FSD Item Number | Exhibit Number | Description |
|---|---|---|
| 20070417-1-1 | 00001B6 | One heat-sealed plastic bag containing one tape-sealed plastic bag containing 69 tied-off plastic bindles (7 tape-sealed and previously examined by Contra Costa Co. Crime Laboratory on 03-20-07) each containing off white rock substances. |

**Purpose of Examination:** To weight the contents of the 62 unexamined bindles of off white rock substances.

**Results/Conclusions:** The total weight of the off white rock substances contained in the 62 unexamined bindles was 8.64 grams net total.

**Disposition of Evidence:** The evidence was marked for identification and was returned to property storage.

**Report by:**                                **Reviewed by:**

Kenton S. Wong
Senior Forensic Scientist