UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date:1/29/08

CR 07-00346SBA                    JUDGE: SAUNDRA BROWN ARMSTRONG

DAVID SHIVERS              PRESENT (X Not Present ( ) In Custody ( )
    DEFENDANT(S)

 DEREK BUTTS                        JOYCE LEAVITT
U.S. ATTORNEY                  ATTORNEY FOR DEFENDANT(S)

Deputy Clerk:  Lisa R. Clark          RAYNEE MERCADO
                                        Court Reporter

                                        CHRIS CARRUBA
 Interpreter                         Probation Officer
                                PROCEEDINGS

**REASON FOR HEARING:   CHANGE OF PLEA - HELD; JUDGMENT & SENTENCING - HELD**

**RESULT OF HEARING:   DEFENDANT PLED GUILTY TO CT. 1 OF THE INDICTMENT; GOVERNMENT'S MOTION TO DISMISS COUNT 2- GRANTED; DEFENDANT REMANDED INTO CUSTODY**
**JUDGMENT:   60 MONTHS BOP; 4 YEARS SUPERVISED RELEASE; $100.00 SPECIAL ASSESSMENT; SEE JUDGMENT & COMMITMENT ORDER FOR SPECIFICS**

**PROCEEDINGS**

**Case Continued to**_____**for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to**_____ **@ 9:00 a.m. for**_____ **Motions**
**Brief Sched. Motion papers by**_____**Opposition by**_____**Reply by**_____
**Case Continued to**_____**for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**_____**Motions in limine/objections to evidence due** _____
**Responses to motions in limine and/or responses to objections to evidence due**_____
**Case Continued to**_____**for Trial(Court/Jury:**___**Days/weeks) at 8:30 a.m.**
**Case Continued to**_____**for Judgment & Sentencing as to Count(s)** _____**of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to**_____**for Change of Plea @ 11:00 a.m.**
**cc:**