1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant SHIVERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00346 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER AMENDING JUDGMENT |
| | ) | |
| | ) | |
| DAVID C. SHIVERS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the Judgment in a Criminal Case which was imposed on January 29, 2008 ("Judgment"), may be amended to reduce the special assessment from $200.00 to $100.00. Mr. Shivers pled guilty to one count of a two count indictment and so the special assessment should only be $100.00

IT IS FURTHER STIPULATED by and between the parties that the Judgment be amended to add a recommendation to the Bureau of Prisons that Mr. Shivers be considered for the 500 hour RDAP program. Defense counsel contacted the Court reporter who was present at the sentencing on January 29, 2008. She reviewed her notes from the sentencing and confirmed that defense counsel

*U S v. David Shivers,* CR 07-00346 SBA
Stip. & Proposed Order Amending Judgment        - 1 -

asked for the recommendation and that the Court indicated that it would include this recommendation in the Judgment.

Mr. Shivers is currently serving his sentence at the federal facility in Victorville and recently contacted undersigned counsel regarding the two matters described. Unless the Court amends the Judgment in a Criminal Case, Mr. Shivers will be required to pay $200 as a special assessment and likely will not be able to participate in the 500 hour RDAP program.

DATED: September 18, 2008          /S/
                                   _____
                                   JOYCE LEAVITT
                                   Assistant Federal Public Defender

DATED: September 18, 2008          /S/
                                   _____
                                   W. DOUGLAS SPRAGUE
                                   Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Judgment in a Criminal Case which was imposed on January 29, 2008 ("Judgment") be amended to reduce the special assessment from $200.00 to $100.00.

IT IS FURTHER ORDERED that the Judgment be amended to add a recommendation to the Bureau of Prisons that Mr. Shivers be considered for the 500 hour RDAP program.

SO ORDERED.

DATED: 9/23/08
                                   _____
                                   HONORABLE SAUNDRA BROWN ARMSTRONG
                                   United States District Judge